**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JANE DOE**                                                                             **PLAINTIFF**

**V.**                                            **4:26CV00098 JM**

**CORPORATION OF THE PRESIDENT**
**OF THE CHURCH OF JESUS CHRIST**
**OF LATTER-DAY SAINTS AND**
**SUCCESSORS,** *et al..*                                                        **DEFENDANTS**

**ORDER**

The pending joint motion to unseal, docket #9, is GRANTED.  All documents filed on or

after March 5, 2026 will be filed unsealed and made available to the public.  All documents filed

before the March 4, 2026 Order, docket # 3, will remain sealed.

IT IS SO ORDERED this 24th day of June, 2026.

_____
James M. Moody Jr.
United States District Judge